Matter of Anthony L. (2025 NY Slip Op 06787)

Matter of Anthony L.

2025 NY Slip Op 06787

Decided on December 04, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 04, 2025

Before: Kern, J.P., Friedman, Gesmer, Pitt-Burke, O'Neill Levy, JJ. 

D-11747/24|Docket No. D-11747/24|Appeal No. 5279|Case No. 2025-00680|

[*1]In the Matter of Anthony L., Respondent-Appellant, A Person Alleged to be a Juvenile Delinquent. Presentment Agency

Dawne A. Mitchell, The Legal Aid Society, New York (Hannah Kaplan of counsel), for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Elizabeth I. Freedman of counsel), for presentment agency.

Order of disposition, Family Court, Bronx County (Ronna H. Gordon-Galchus, J.), entered on or about December 5, 2024, which adjudicated appellant a juvenile delinquent, upon his admission that he committed an act that, if committed by an adult, would constitute the crime of sexual abuse in the first degree, and placed him on level three probation for a period of 12 months, unanimously affirmed, without costs.
The court providently exercised its discretion in finding that probation was the least restrictive dispositional alternative necessary to meet the needs of appellant and to protect the community (Family Ct Act § 352.2[2][a]; see Matter of Katherine W., 62 NY2d 948, 948 [1984]), particularly in light of appellant's sexual conduct toward a much younger child (see e.g. Matter of Darwin P., 146 AD3d 682, 682 [1st Dept 2017]; Matter of Xavier P., 146 AD3d 532, 532 [1st Dept 2017]). An adjournment in
contemplation of dismissal would not have provided sufficient supervision under these circumstances.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 4, 2025